**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CINDY LOU PETERSON,<br><br>                          Plaintiff,<br><br>vs.<br><br>CAROLYN W. COlVIN,<br><br>                          Defendant. | Case No.: 2:13-cv-00386-RFB-CWH<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE CARL W. HOFFMAN** |

Before the Court for consideration is the Report and Recommendation (ECF No. 25) of the Honorable Carl W. Hoffman, United States Magistrate Judge, entered August 12, 2014.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985).

Pursuant to Local Rule IB 3-2(a), objections were due in this case by August 29, 2014. No objections have been filed. The Court has, nonetheless, reviewed the record in this case and concurs with Magistrate Judge's recommendation(s) that (ECF No.15) Motion for Reversal/Remand be **granted subject to the modification that it be remanded for further proceedings** consistent with the terms of this report and recommendation. FURTHER

Recommended that Defendant's Cross-Motion to Affirm (contained within ECF No. 16 Response) be **denied**.  Therefore, the Court has determined that Magistrate Judge's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 25) is **ACCEPTED and ADOPTED in full.**  (ECF No. 15) Motion for Reversal/Remand be **granted subject to the modification that it be remanded for further proceedings** consistent with the terms of this report and recommendation.

**IT IS FURTHER ORDERED** that Defendant's Cross-Motion to Affirm (contained within Doc#16 Response) be **denied**.

The Clerk shall enter judgment accordingly and close case.

**DATED** this 4th day of November, 2014.

_____
RICHARD F. BOULWARE, II
United States District Court Judge