**RICHARD A. HARRIS, ESQ.**
Nevada State Bar No.  505
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS  NV  89101
Ph:  (702) 444-4392
Fax:  (702) 444-4455
Email: rick@richardharrislaw.com
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CINDY LOU PETERSON,<br><br>           Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER of<br>Social Security,<br><br>           Defendant. | Case No. 2:13-cv-00386-RFB-CWH<br><br>STIPULATED MOTION FOR EAJA<br>FEES AND COSTS |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff will be awarded attorney fees in the amount of FIVE THOUSAND TWO HUNDRED DOLLARS ($5200.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d); and costs in the amount of FOUR HUNDRED DOLLARS ($400.00) under 28 U.S.C. § 2412(a)(1) and 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 2412(d), 1920.

To satisfy the requirements of the Equal Access to Justice Act, Plaintiff alleges that the position of Defendant was not substantially justified, that Plaintiff had a net worth of less than two million dollars at the time this civil action was filed, that Plaintiff's attorneys have expended

at least 38 hours in connection with this matter, and that the applicable EAJA hourly rate, as adjusted for inflation, is $190.06 (2014 rate, based on the 9th Circuit Memorandum).

After the Court issues an order for EAJA fees to Plaintiff, the Defendant will consider any assignment of EAJA fees to Richard Harris, Esq.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2252-2253 (2010), the ability to honor any such assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the Defendant will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Richard Harris, Esq., pursuant to any assignment executed by Plaintiff. Any payments made shall be delivered to Richard Harris, Esq.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant.

DATED this 2nd day of February, 2015.        DATED this 2nd day of February, 2015.


/s/    *Richard A. Harris*                         /s/   Heather Moss
**RICHARD A. HARRIS, ESQ.**                    (signed per email authorization)
Richard Harris Law Firm                        **HEATHER MOSS, ESQ.**
801 S Fourth Street                            Special Assistant United States Attorney
Las Vegas  NV  89101                           160 Spear Street, Suite 800
  **Attorney for Plaintiff**                   San Francisco CA  94105
                                                 **Of Attorneys for Defendant**

IT IS SO ORDERED:


_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this   27th day  of August, 2015.