# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

Cindy Lou Peterson

                Plaintiff,

V.

Carolyn W. Colvin,
Commissioner of Social Security

                Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-00386-RFB-CWH

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiff Cindy Lou Peterson is awarded attorney fees in the amount of $5,200.00 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d); and costs in the amount of $400.00 under 28 U.S.C. § 2412(a)(1) and 28 U.S.C. § 1920.

August 27, 2015

Date

/s/ Lance S. Wilson

Clerk

/s/ Molly Morrison

(By) Deputy Clerk